UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE DEMINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANDSTAD NORTH AMERICA, INC.; RANDSTAD US, LLC; RANDSTAD PROFESSIONALS US, LLC; and RANDSTAD TECHNOLOGIES, LLC,<br><br>Defendant. | Case No. 6:19-cv-06931 |

## LIMITED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle DeMino hereby dismisses, without prejudice, this action as to defendants Randstad North America, Inc., Randstad US, LLC, and Randstad Professionals US, LLC. Each party is to bear its own attorneys' fees and costs.

DATED:   Fishers, NY
         February 19, 2020

 

s/ Robert Mullin
Robert Mullin
**FERR & MULLIN, P.C.**
7635 Main St. Fishers
P.O. Box 440
Fishers, NY 14453
T:  (585) 869-0210
F:  (585) 869-0223
E-mail: rlmullin@FerrMullinLaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of February, 2020, I electronically filed the foregoing LIMITED DISMISSAL with the Clerk of the District Court for the Western District of New York using its CM/ECF system, which would then electronically notify the CM/ECF participants in this case.

DATED:    Fishers, New York
          February 19, 2020

                                            s/ Robert Mullin_____
                                            Robert Mullin
                                            **FERR & MULLIN, P.C.**
                                            7635 Main St. Fishers
                                            P.O. Box 440
                                            Fishers, NY 14453
                                            T: (585) 869-0210
                                            F: (585) 869-0223
                                            E-mail: rlmullin@FerrMullinLaw.com

2