THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE DEMINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANDSTAD TECHNOLOGIES, LLC,<br><br>Defendant. | Case No. 6:19-cv-06931 |

## NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIM

Plaintiff Michelle DeMino ("Plaintiff") and Defendant Randstad Technologies, LLC ("Defendant") hereby file before Judge David G. Larimer their Joint Motion for Approval of Settlement of Fair Labor Standards Act ("FLSA") Claim. As demonstrated by the record evidence and fully explained in the Parties' memorandum of law filed concurrently herewith, the Court should approve the Parties FLSA settlement because it "reflects a reasonable compromise over contested issues." *Velasquez v. SAFI-G, Inc.*, 137 F. Supp. 3d 582, 585 (S.D.N.Y. 2015); *see also* 29 U.S.C. § 253(a) (FLSA claims may be compromised "if there exists a bona fide dispute as to the amount payable by the employer to his employee").

In support of this Motion, the Parties submits the following: Memorandum of Law, Declaration of Nathan D. Chapman, and Proposed Order.

Respectfully submitted, this 29th day of July, 2020.

| FERR & MULLIN, P.C. | KABAT CHAPMAN & OZMER LLP |
|---|---|
| *s/ Robert Mullin*<br>Robert Mullin<br>Ferr & Mullin, P.C.<br>7635 Main St. Fishers<br>P.O. Box 440 | *s/ Nathan D. Chapman*<br>Nathan D. Chapman<br>*Pro Hac Vice*<br>Abigail Stecker Romero<br>*Pro Hac Vice*<br>KABAT CHAPMAN & OZMER LLP |

1

Fishers, NY 14453
t (585) 869-0210
f (585) 869-0211
rlmullin@FerrMullinLaw.com

*Counsel for Plaintiff*

171 17th St. NW, Suite 1550
Atlanta, Georgia 30363
T: (404) 400-7300
F: (404) 400-7333
nchapman@kcozlaw.com
aromero@kcozlaw.com

and

M. Rogan Morton, Esq.
**ATTORNEY AND COUNSELOR AT LAW**
21 Rugby Road, Suite 300
Buffalo, New York 14216
T: (716) 432-2764
F: (716) 408-9571
rmorton@roganmmortonlaw.com

*Counsel for Defendant*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(G)(iv) of the Administrative Procedures Guide for Electronic Filing, I hereby certify and confirm that that the content of this document is acceptable to Robert Mullin, Esq., counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: July 29, 2020

                                           *s/ Nathan D. Chapman*_____
                                           Nathan D. Chapman
                                           *Pro Hac Vice*
                                           KABAT CHAPMAN & OZMER LLP
                                           171 17th St. NW, Suite 1550
                                           Atlanta, Georgia 30363
                                           T:  (404) 400-7300
                                           F:  (404) 400-7333
                                           nchapman@kcozlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Nathan D. Chapman*
Nathan D. Chapman
*Pro Hac Vice*
KABAT CHAPMAN & OZMER LLP
171 17th St. NW, Suite 1550
Atlanta, Georgia 30363
T:  (404) 400-7300
F:  (404) 400-7333
nchapman@kcozlaw.com
