UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE DEMINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RANDSTAD TECHNOLOGIES, LLC,<br><br>Defendant. | Case No. 6:19-cv-06931 |

ORDER GRANTING JOINT MOTION

FOR APPROVAL OF SETTLEMENT OF FLSA CLAIM

Upon consideration of the Notice of Motion and Joint Motion for Approval of Settlement of Fair Labor Standards Act ("FLSA") Claim (the "Motion") filed by Plaintiff Michelle DeMino ("Plaintiff") and Defendant Randstad Technologies, LLC ("Defendant"), the Court finds the Parties' agreement settling Plaintiff's claim against Defendant for alleged violation of the FLSA:

1. Is the product of serious, informed, and arm's-length negotiations between the Parties' respective counsels;

2. compensates Plaintiff for a fair and reasonable amount of the allegedly unpaid overtime hours she claims to have worked within the statutory period; and

3. includes a standard and reasonable 30% fee for her counsel.

THEREFORE, it is hereby ORDERED that:

1. Parties' agreement settling Plaintiff's claim against Defendant for purported violation of the FLSA is APPROVED;

2. The Motion is GRANTED; and

3. Plaintiff's FLSA claim against Defendant is DISMISSED with prejudice.

1

DATED:   July 30, 2020
            Rochester, New York

_____
DAVID G. LARIMER
United States District Judge

TO:

Robert Mullin
FERR & MULLIN, P.C
7635 Main St. Fishers
P.O. Box 440
Fishers, NY 14453
t (585) 869-0210
f (585) 869-0211
rlmullin@FerrMullinLaw.com

*Counsel for Plaintiff*

Nathan D. Chapman
*Pro Hac Vice*
Abigail Stecker Romero
*Pro Hac Vice*
KABAT CHAPMAN & OZMER LLP
171 17th St. NW, Suite 1550
Atlanta, Georgia 30363
T:  (404) 400-7300
F:  (404) 400-7333
nchapman@kcozlaw.com
aromero@kcozlaw.com

and

M. Rogan Morton, Esq.
ATTORNEY AND COUNSELOR AT LAW
21 Rugby Road, Suite 300
Buffalo, New York 14216
T:  (716) 432-2764
F:  (716) 408-9571
rmorton@roganmmortonlaw.com

*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> *s/ Nathan D. Chapman*
> Nathan D. Chapman
> *Pro Hac Vice*
> KABAT CHAPMAN & OZMER LLP
> 171 17th St. NW, Suite 1550
> Atlanta, Georgia 30363
> T: (404) 400-7300
> F: (404) 400-7333
> nchapman@kcozlaw.com